# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated** | )<br>)<br>) |
| *Plaintiff* | )<br>) |
| v. | ) Civil Action No. 1:26-cv-00666-TWT |
| | )<br>) |
| **AMERICA FIRST MOVING SERVICES, LLC** | )<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Juan Rivera, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to AMERICA FIRST MOVING SERVICES, LLC in Broward County, FL on February 13, 2026 at 11:42 am at 1525 NW 3rd St, Ste 8, Deerfield Beach, FL 33442-1668 by leaving the following documents with Mike geraud who as Registered Agent at CSC is authorized by appointment or by law to receive service of process for AMERICA FIRST MOVING SERVICES, LLC.

CLASS ACTION COMPLAINT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 55-64, Hair: Gray, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.3215345,-80.1235199
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Broward County__, __FL__ on __2/13/2026__.

*/s/ Juan Rivera*
Signature
Juan Rivera
+1 (786) 447-3851



