**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others Similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:26-cv-00666-TWT |
| AMERICA FIRST MOVING SERVICES, LLC | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

COMES NOW, Aaron A. Wagner Esq., of the Law Office of Kabat Chapman & Ozmer LLP, 171 17th Street NW, Suite 1550, Atlanta, Georgia 30363, hereby enters his appearance as counsel for Defendant America First Moving Services, LLC in the above-referenced proceeding, and requests notice and copies of all communications and other documents filed in the above-referenced proceeding be mailed by certified mail or emailed to him at the at the below.

Dated: April 13th, 2026

/s/ Aaron A. Wagner
Aaron. A. Wagner, Esq
Georgia Bar No. 867812
awagner@kcozlaw.com
Nathan D. Chapman, Esq

1

Georgia Bar No. 244954
nchapman@kcozlaw.com
**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
*Attorney for Defendant America First Moving Services, LLC*

## <u>LOCAL RULE 5.1(c) CERTIFICATION</u>

The undersigned attorney of record hereby certifies that the text of this submission has been prepared in Times New Roman typeface, 14-point, consistent with this Court's requirements in Local Rule 5.1(c).

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 13th, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE** using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

*/s/ Aaron A. Wagner*
Aaron A. Wagner
*Attorney for Defendant*

3