**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others Similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICA FIRST MOVING SERVICES, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:26-cv-00666-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT AMERICA FIRST MOVING SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant America First Moving Services, LLC ("America First") moves to dismiss Plaintiff's Complaint (Doc. 1) under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction based on a factual challenge to Plaintiff's Article III standing. In support, America First files contemporaneously a declaration and exhibits. As set forth in the accompanying memorandum, this case presents no concrete, traceable injury-in-fact because Plaintiff consented to being contacted when she submitted her phone number and requested moving quotes, and because America First honored Plaintiff's revocation of her consent request well within FCC guidelines. Accordingly, the Court should dismiss the Complaint without prejudice.

1

Respectfully submitted on this 20th day of April, 2026.

<div style="margin-left:45%">

*/s/ Aaron A. Wagner*
Aaron A. Wagner
Georgia Bar No. 867812
awagner@kcozlaw.com
Nathan D. Chapman
Georgia Bar No. 244945
nchapman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 370-7300
Fax: (404) 400-7333
*Attorneys for Defendant*

</div>

2

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2026, I electronically filed the foregoing **Motion to Dismiss** and **Accompanying Memorandum of Law with Supporting Declaration** using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

*/s/ Aaron A. Wagner*
Aaron A. Wagner
*Attorney for Defendant*