**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated, | Case No. 26-cv-666 |
| Plaintiff, | |
| v. | |
| AMERICA FIRST MOVING SERVICES, LLC | |
| Defendant. | |

## <u>DECLARATION OF VICTORIA OFORIWAH TWUMASI ANKRAH</u>

I am over the age of eighteen and competent to testify. I make this declaration based on my personal knowledge.

1.      I am the Plaintiff in this action and submit this declaration in opposition to Defendant's Motion to Dismiss and the declaration submitted in support of that motion

2.      I did not visit the website quote.vanlinesmove.com at any time in December 2025, including on December 15, 2025, the date Defendant claims I submitted a request for a moving quote. I do not recognize that website and had never heard of it prior to this litigation.

3.      I did not submit any request for a moving quote through that website or

1

through any similar website in December 2025. I did not provide my name, phone number, email address, or any other personal information to that website or to Defendant at that time.

4. I was not planning a move in December 2025. The last time I moved was in or about May 2025, when I moved from Lawrenceville, Georgia to Marietta, Georgia.

5. Before that, I moved in or about 2019 from Houston, Texas to Atlanta, Georgia.

6. I have never lived in Los Angeles, California.

7. Any information attributed to me suggesting a move involving Los Angeles or other inconsistent locations is not accurate and does not relate to me.

8. I did not check any box or otherwise agree to be contacted by Defendant or any alleged affiliates. I did not consent to receive automated calls, prerecorded calls, or text messages from Defendant.

9. I do not recall receiving any text message containing a verification code related to a moving quote request in December 2025. I did not enter any verification code into any website at that time. I did not click on any links in text messages relating to moving quotes or moving services.

10. On December 15, 2025, I was physically present at work in Georgia.

11. At that time, I was using my phone in the ordinary course, but I was not

2

submitting any online forms or requests for moving services.

12. I did not use my phone or any other device to submit information to any moving-related website on that date.

13. Defendant claims that I submitted personal information through an online form and verified my phone number through a code sent by text message. I did not do so.

14. To my knowledge, Defendant has not produced any evidence tying me personally to any such submission, including any IP address, device information, or location data demonstrating that I was the person who allegedly completed that form.

15. I did not authorize any other person to submit my personal information to any moving quote website on my behalf. I am the primary user of my phone number, and I did not knowingly provide it to Defendant or to any website associated with Defendant.

16. Because I did not submit any request for a moving quote and did not consent to be contacted, any communications I received from Defendant were unsolicited and not requested by me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 23rd day of April, 2026.

_____
Victoria Oforiwah Twumasi Ankrah

4