# EXHIBIT A

landing_page_url" : "https://quote.vanlinesmove.com/Moving_Company/",
  "state_click" : "2",
  "moving_size" : "0",
  "from_state" : "CA",
  "from_city" : "los angeles",
  "from_zip" : "90001",
  "from_areacode" : "323",
  "move_date" : "2026-02-26",
  "to_state" : "GA",
  "to_city" : "atlanta",
  "to_areacode" : "404",
  "to_zip" : "30301",
  "email" : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
  "last_name" : "TwumasiAnkrah",
  "first_name" : "Victoria",
  "code" : "934",
  "phone" : "▮▮▮▮▮7225",
  "verifyvia" : "sms",
  "is_verify" : "1",