# EXHIBIT B

Utm data :
{
  "_id" : 4440462,
  "u_traffic" : "goog",
  "u_site" : "VM",
  "u_camp" : "TopMoving",
  "ad_id" : "422088639319",
  "adgroup" : "97169897477",
  "device" : "m",
  "ipaddress" : "2a04:4e41:3eb5:20bc::acb5:20bc, 104.22.1.89",
  "gclid" : "Cj0KCQiAgP_JBhD-ARIsANpEMxwPJmxRIO5Y36SQai8ygeRw_6DVq_kcQulOqvFJSjxvMUHLCqpMs1saAqwhEALw_wcB",
  "gclid_type" : 0,
  "session" : "202512158490",
  "adgroup_id" : "398274398472",
  "ar_ad" : null,
  "ar_adgroup" : null,
  "ar_campaign" : null,
  "ar_channel" : null,
  "ar_clx" : null,
  "ar_strategy" : null,
  "campaign_id" : "9501102950",
  "browser" : "Safari",
  "_v" : 0,
  "landing_page_url" : "https://quote.vanlinesmove.com/Moving_Company/",
  "created_at" : ISODate("2025-12-15T08:49:01.412Z")
}