IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTORIA OFORIWAH TWUMASI ANKRAH, individually and on behalf of others similarly situated,

Plaintiff,

v.

AMERICA FIRST MOVING SERVICES, LLC,

Defendant.

CIVIL ACTION FILE
NO. 1:26-CV-666-TWT

**ORDER**

This matter is before the Court on the Plaintiff Victoria Oforiwah Twumasi Ankrah's Unopposed Motion to Extend the Time to File a Motion for Class Certification [Doc. 7], wherein the Plaintiff asks the Court to stay the deadline for filing a motion for class certification until a date to be set in the scheduling order. The Court GRANTS the motion. The deadline to file a motion for class certification is STAYED until the date set in a future scheduling order.

SO ORDERED, this ___3rd___ day of September, 2026.

Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge