AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,
*Plaintiff*
v.
AMERICA FIRST MOVING SERVICES, LLC
*Defendant*

Case No. 1:26-cv-00666-TWT

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant America First Moving Services, LLC .

Date: 09/08/2026

*Attorney's signature*

Jessica Gallegos (SBN 759709)
*Printed name and bar number*

1150 Spring Street NW, Suite 800
Atlanta, Georgia 30309
*Address*

jgallegos@kcozlaw.com
*E-mail address*

(404) 400-7300
*Telephone number*

(404) 400-7333
*FAX number*