**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA FIRST MOVING SERVICES, LLC,<br><br>Defendant. | ) | No. 1:26-cv-00666-TWT |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.1(E)(4), Aaron A. Wagner hereby withdraws as counsel for Defendant America First Moving Services, LLC ("Defendant") in the above-referenced proceeding. Defendant will continue to be represented by Jessica D. Gallegos and Dori A. Butler of the law firm Kabat, Chapman, & Ozmer LLP, who have already entered their appearances. This withdrawal will not delay these proceedings nor prejudice any party. Defendant respectfully requests that the Clerk remove Mr. Wagner from receiving CM/ECF notices in this proceeding, as Mr. Wagner left Kabat, Chapman, & Ozmer LLP. All further pleadings, orders and notices for Defendant should be sent to Ms. Gallegos and Ms. Butler as set forth in their separately filed Notices of Appearance.

Respectfully submitted by:

*/s/ Jessica D. Gallegos*
Jessica D. Gallegos
Georgia Bar No. 759709
jgallegos@kcozlaw.com
Dori Butler
Georgia Bar No. 275296
dbutler@kcozlaw.com
**KABAT CHAPMAN & OZMER, LLP**
1150 Spring Street NW, Suite 800
Atlanta, Georgia 30309
Tel: (971) 270-1789
Fax: (404) 400-7333
*Attorneys for Defendant America First Moving Services, LLC*

Agreed to by:

*/s/ Aaron A. Wagner*
Aaron. A. Wagner
Georgia Bar No. 867812
awagner@wlwlaw.com
**WAGNER LUDOWIG & WRIGHT, LLP**
2100 West Loop South, Suite 700
Houston, TX 77027
Tel: (360)-481-5107

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 10, 2026, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

*/s/ Jessica D. Gallegos*
Jessica D. Gallegos
*Attorney for Defendant*